[No. 29445-8-I.    Division One.    April 19, 1993.]

*In the Matter of the Appeal From the Confirmation
of Assessment Roll for King County Road
Improvement District No. 95.*

L. FITCHETT, ET AL, *Appellants*, v. KING COUNTY,
*Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 90-2-02999-9, Dale B. Ramerman, J., entered September 26, 1991. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Webster, C.J., and Agid, J.

[No. 29805-4-I.    Division One.    April 19, 1993.]

SUSAN A. BLINDER, *Appellant*, v. TAD TECHNICAL
SERVICES CORPORATION, ET AL,
*Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 90-2-08193-1, Norman W. Quinn, J., entered November 26, 1991. *Affirmed* by unpublished per curiam opinion.

[Nos. 29348-6-I; 29710-4-I;    Division One.    April 19, 1993.]
29955-7-I.

DAOT COMMUNICATIONS AND CONSTRUCTION COMPANY, INC.,
*Plaintiff*, DAVID F. NEIMAN, ET AL, *Respondents*, v. KBLE
OHIO, INC., *Defendant*, SEATTLE COMMUNITY
CABLEVISION, INC., ET AL, *Appellants*,
SUMMIT COMMUNICATIONS, INC.,
*Garnishee Defendant.*

Appeal from a judgment of the Superior Court for King County, No. 89-2-16471-0, Michael J. Fox, J., entered September 30, 1991. *Affirmed* by unpublished opinion per Pekelis, A.C.J., concurred in by Scholfield and Coleman, JJ.